UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| KEITH DAVIS, JR, et al. | * | |
| Plaintiffs, | * | |
| v. | | |
| | * | Civil Action No.: |
| MAYOR AND CITY COUNCIL, | * | |
| OF BALTIMORE, *et al.* | | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF REMOVAL**

Defendants, Anthony W. Batts and the Mayor and City Council of Baltimore, (collectively "Removing Parties") by their undersigned counsel, pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441, 28 U.S.C. § 1446 and Local Rule 103.5, file this Notice removing this action from the Circuit Court for Baltimore City to this Court, and state:

1.      The above captioned action was filed in the Circuit Court for Baltimore City as case number C-24-CV-26-000318 and is presently pending in that court.

2.      Process, including a summons and complaint, was served on Defendant Anthony W. Batts on January 30, 2026, and on the City on or about January 17, 2026.

3.      The complaint alleges separate causes of action against all Defendants that arise out of the Constitution of the United States.

4.      This Court has original jurisdiction over Plaintiff's 42 U.S.C. § 1983 claims, which are Count I ( Fourth Amendment Violation – Fabrication of Evidence); Count II (Fourth Amendment – Excessive Force); Count III (Fourth Amendment – False Arrest); Count IV (Fourth Amendment & Fourteenth Amendment – Malicious Prosecution); Count V (*Monell* Claim against

1

BPD); Count X (First Amendment Retaliatory Prosecution); and Count XI (Fourth and First Amendment Conspiracy).

5.      This Court has also supplemental or pendent jurisdiction over the remaining state law claims against the Defendants pursuant to 28 U.S.C. § 1441(c) and 28 U.S.C. § 1367.

6.      Plaintiff's federal and state law claims share a common nucleus of operative fact. All claims arise from the allegation that Defendants violated Plaintiff's rights by committing violations of Maryland Declaration of Rights. These claims are closely tied to the same sequence of events.

7.      No novel or complex issues of state constitutional law are presented in Counts VIII and IX which allege Maryland Declaration of Rights claims for false arrest, malicious prosecution violations of due process, and excessive force.

8.      For these reasons, the Removing Parties are entitled to remove this action from the Circuit Court for Baltimore City to this Court pursuant to 28 U.S.C. § 1446(a).

9.      Defendants BPD Officers Lane Eskins and Catherine Filippou, and Marilyn Mosby[1], by and through counsel, consent to the removal of this action.

10.     Filed with this Notice of Removal, attached hereto, are true and legible copies of all process, pleadings and the State Court Docket Sheet which have been served on the Removing Parties in accordance with Local Rule 103.5.

11.     A Notice of Filing of Notice of Removal, attaching a copy of this Notice of Removal, is being filed on this date with the Clerk of the Circuit Court for Baltimore City and served on Plaintiff's counsel as required by 28 U.S.C. § 1446(d).  A copy (without attachments)

---

[1] Defendant Mosby has not yet been served with process in this matter.

2

of this Notice of Filing of Notice of Removal filed in the State Court Action is attached hereto as Exhibit 1.

12.     Pursuant to Local Rule 103.5(a), the Removing Parties will file true and legible copies of all other documents then on file in the Circuit Court for Baltimore City in this case with a certification from counsel that all filings in the state court action have been filed in this Court, within thirty (30) days of the filing of this Notice.

WHEREFORE, Defendants, Anthony W. Batts and the Mayor and City Council of Baltimore, request this Notice of Removal be accepted and that the Circuit Court for Baltimore City action be removed to the United States District Court for the District of Maryland.

Respectfully Submitted,

_____/s/_____

Brent D. Schubert (19593)
Deputy Chief
Baltimore City Department of Law
Office of Legal Affairs
City Hall, Room 101
100 N. Holliday Street
Baltimore, MD 21202
443-529-7989 (telephone)
410-396-2126 (facsimile)
Email: Brent.Schubert@baltimorepolice.org
*Attorney for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 26th Day of February 2026, a copy of the foregoing Notice of Removal was filed with the United States District Court for the District of Maryland by electronic filing.

_____/s/_____
Brent D. Schubert