UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| KEITH DAVIS, JR, et al. | * | |
| Plaintiffs, | * | |
| v. | | |
| | * | Civil Action No.: 1:26−cv−00799−ELH |
| MAYOR AND CITY COUNCIL, | * | |
| OF BALTIMORE, *et al.* | | |
| | * | |
| Defendants. | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**<u>STATEMENT OF REMOVAL</u>**

Defendants, Anthony W. Batts and the Mayor and City Council of Baltimore (collectively "Removing Parties"), by their undersigned counsel, file this Statement of Removal pursuant to the Court's Amended Standing Order Concerning 2021-13 concerning removal (ECF No. 4). In compliance with said Order, Defendants state as follows:

1.      Process, including a summons and complaint, was served on: Defendant Anthony Batts on or about January 30, 2026; and the Mayor and City Council of Baltimore, on or about January 17, 2026.

2.      This action is not predicated on diversity jurisdiction.

3.      The summons and complaint were served on Defendant Mayor and City Council of Baltimore on or about January 17, 2026, and on Defendant Anthony W. Batts on or about January 30, 2026. This action was removed on February 24, 2026, within thirty (30) days of service on Defendant Batts. *See* 28 U.S.C. § 1446. The Mayor and City Council of Baltimore joins and consents in the removal.

4.      This action is not predicated on diversity jurisdiction.

5.      Defendants[1] Lane Eskins and Catherine Filippou have consented and joined in the notice of removal.  *See* ECF No. 5.

Respectfully Submitted,

_____/s/_____
Brent D. Schubert (19593)
Deputy Chief
Baltimore City Department of Law
Office of Legal Affairs
City Hall, Room 101
100 N. Holliday Street
Baltimore, MD 21202
443-529-7989 (telephone)
410-396-2126 (facsimile)
Email: Brent.Schubert@baltimorepolice.org
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th Day of March, 2026, a copy of the foregoing Statement of Removal was filed with the United States District Court for the District of Maryland by electronic filing and served on all counsel of record via same.

_____/s/_____
Brent D. Schubert (19593)

---

[1] Although Defendant Marilyn Mosby had not been served with process at the time of removal, and has not been served to date per the Court's electronic docket sheet, counsel from the Maryland Attorney General's Office consented to removal on her behalf.

2