Case 1:26-cv-00799-ELH Document 35-1 Filed 08/03/26 Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| KEITH DAVIS, JR., et al., | * | |
| | * | |
| Plaintiffs, | * | Civil Action No. 1:26-cv-00799-ELH |
| | * | |
| v. | * | |
| | * | |
| ANTHONY W. BATTS, et al., | * | |
| | * | |
| Defendants. | * | |

**ORDER**

Upon consideration of the Court's Order to Show Cause of July 23, 2026 (ECF 34); Plaintiffs' Response to Show Cause Order, Motion to Extend the Time for Service, and Motion for Alternative Service Upon Defendant Marilyn Mosby (ECF 35); the Affidavit of Barry E. Davis (Ex. 1); the Declaration of Non-Service of Robin M. Carter dated January 20, 2026 (Ex. 2); the Declaration of Latoya A. Francis-Williams (Ex. 3); the letter of Assistant Attorney General Laura W. Annadale dated February 27, 2026 (Ex. 4); the return of non-service dated April 5, 2026 (Ex. 5); the Declaration of Non-Service of Robin M. Carter dated April 1, 2026 (Ex. 6); and the entire record herein; and no opposition to ECF 35 having been filed; and the Court finding that Plaintiffs have made good faith efforts to serve Defendant Marilyn Mosby that have not succeeded, that service pursuant to Maryland Rule 2-121(b) is inapplicable and impracticable, that the Court retains discretion under Fed. R. Civ. P. 4(m) to extend the time for service, and that the means of service authorized below are reasonably calculated, under all the circumstances, to apprise Defendant Mosby of the pendency of this action and to afford her an opportunity to present her objections; it is this 26th day of August, 2026, by the United States District Court for the District of Maryland, hereby

ELH ELH

**ORDERED:**

1. That the Order to Show Cause (ECF 34) is **DISCHARGED**, and the claims asserted against Defendant Marilyn Mosby shall **NOT** be dismissed under Fed. R. Civ. P. 4(m) or Local Rule 103.8(a); and it is further

2. **ORDERED**, that Plaintiffs' Motion to Extend the Time for Service is **GRANTED**, and the time within which Plaintiffs may effect service of process upon Defendant Marilyn Mosby is extended through and including sixty (60) days from the date of entry of this Order; and it is further

3. **ORDERED**, that Plaintiffs' Motion for Alternative Service Upon Defendant Marilyn Mosby is **GRANTED**, and that, pursuant to Fed. R. Civ. P. 4(e)(1) and Maryland Rule 2-121(c), Plaintiffs are authorized to serve the Summons and the First Amended Complaint upon Defendant Marilyn Mosby, in her individual capacity, by a~~ny one or~~ m~~ore of~~ the following means: ELH

   a. By first-class mail, postage prepaid, addressed to Defendant Marilyn Mosby at 915 S. Wolfe Street, Apartment 122, Baltimore, Maryland 21231;

   b. By certified mail, restricted delivery, return receipt requested, addressed to Defendant Marilyn Mosby at 915 S. Wolfe Street, Apartment 122, Baltimore, Maryland 21231;

   c. By first-class mail and by certified mail, restricted delivery, return receipt requested, addressed to Defendant Marilyn Mosby *c/o* Civil Litigation Division, Office of the Attorney General of Maryland, 200 St. Paul Place, 20th Floor, Baltimore, Maryland 21202, and by electronic mail to any attorney of that Office identified pursuant to Paragraph 5 of this Order;

   d. By delivering the Summons and First Amended Complaint to the front desk, concierge, or management office of the building located at 915 S. Wolfe Street, Baltimore, Maryland 21231, for transmittal to Apartment 122; and

   e. ~~By posting a copy of the Summons and First Amended Complaint in a conspicuous place at the entrance to Apartment 122, or, if access to the residential floors is denied, at the principal entrance of the building located at 915 S. Wolfe Street, Baltimore, Maryland 21231.~~ ELH

Case 1:26-cv-00799-ELH Document 35-1 Filed 08/03/26 Page 3 of 3

4. **ORDERED**, that service upon Defendant Marilyn Mosby shall be deemed complete and effective upon Plaintiffs' completion of ~~any two (2) of the~~ the four methods set forth in Paragraph 3 above, and that Plaintiffs shall file proof of such service, by affidavit setting forth the methods employed and the dates of completion, within fourteen (14) days after the ~~later of the two~~ methods ~~is~~ are completed; and it is further

5. **ORDERED**, that the Office of the Attorney General of Maryland shall file, within fourteen (14) days of the date of entry of this Order, a statement upon the docket of this action identifying (a) whether that Office represents Defendant Marilyn Mosby in her individual capacity in this action; (b) whether that Office is authorized to accept service of process on her behalf in her individual capacity; and (c) if the representations set forth in ECF 1 ¶ 9, ECF 13 at 2 n.1, and ECF 14 at 1 n.1 were accurate, the name of the attorney who consented to removal of this action on Defendant Mosby's behalf; and it is further

6. **ORDERED**, that Defendant Marilyn Mosby shall answer or otherwise respond to the First Amended Complaint within twenty-one (21) days after the date on which service is deemed complete under Paragraph 4 of this Order; and it is further

7. **ORDERED**, that the Clerk shall mail a copy of this Order to Defendant Marilyn Mosby at 915 S. Wolfe Street, Apartment 122, Baltimore, Maryland 21231, and to the Civil Litigation Division, Office of the Attorney General of Maryland, 200 St. Paul Place, 20th Floor, Baltimore, Maryland 21202.

Ellen Lipton Hollander, United States District Judge